IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL MICHAEL ANDERSON<br><br>　　　　Defendant. | <br><br>CR NO: 1:15-CR-00086 AWI |

FILED
SEP 1 1 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: Gabriel Michael Anderson
Detained at: Inyo County Sheriff's Office
Detainee is:　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　charging detainee with:
　　　　　　　　　**18 U.S.C. 472 – Possession of Counterfeit U.S. Obligations and Securities**
　　or　　　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☒ return to the custody of detaining facility upon termination of proceedings
　　or　　　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature:　　　　　　　　　　/s/ MARK J. MCKEON
Printed Name & Phone No:　Mark J. McKeon /559-497-4000
Attorney of Record for:　　　United States of America

## WRIT OF HABEAS CORPUS
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 11, 2015　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Gabriel Anderson | ☒ Male ☐ Female | |
| Booking or CDC #: | G065218 | DOB: | 08/04/1985 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 170426NB3 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　(signature)