**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL MICHAEL ANDERSON <br><br> Defendant. | CR NO: 1:15-CR-00086-DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Gabriel Michael Anderson
Detained at: Inyo County Sheriff's Office
Detainee is:
a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:
**18 U.S.C. 472 – Possession of Counterfeit U.S. Obligations and Securities**
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: /s/ MARK J. MCKEON
Printed Name & Phone No: Mark J. McKeon /559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 10, 2015           /s/ Barbara A. McAuliffe
                                    Honorable Barbara A. McAuliffe
                                    U.S. DISTRICT JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Gabriel Anderson | ☒Male ☐Female | |
| Booking or CDC #: | G065218 | DOB: | 08/04/1985 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 170426NB3 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                 (signature)