# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>GABRIEL MICHAEL ANDERSON<br><br>                Defendant. | CR NO: 1:15-CR-00086-DAD-BAM |

## AMENDED
## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Gabriel Michael Anderson

Detained at: Inyo County Sheriff's Office

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with:

  18 U.S.C. 472 – Possession of Counterfeit U.S. Obligations and Securities

- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ MARK J. MCKEON |
| Printed Name & Phone No: | Mark J. McKeon /559-497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 11, 2015

/s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Gabriel Anderson | ☒ Male ☐ Female | |
| Booking or CDC #: | G065218 | DOB: | 08/04/1985 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 170426NB3 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                       (signature)