PHILLIP A. TALBERT
Acting United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-CR-00086-DAD-BAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| GABRIEL MICHAEL ANDERSON, | |
| Defendant. | |

Based upon the plea entered into between United States of America and defendant Gabriel Michael Anderson, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 492, 982(a)(2)(B), and 28 U.S.C. § 2461(c), defendant Gabriel Michael Anderson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

  a. Toshiba laptop [SN: Y9071172H], with internal Toshiba 160 GB hard drive [SN: Y734P30ST].

2. The above-listed asset constitutes property that was used or intended to be used, in the making of such things in violation of 18 U.S.C. § 474, or is property constituting, derived from, or are the proceeds the defendant obtained directly or indirectly, as the result of such violation.

1        3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be
2 authorized to seize the above-listed property.  The aforementioned property shall be seized
3 and held by the United States Secret Service in its secure custody and control.
4        4.      a.      Pursuant to 18 U.S.C. § 982(b), 28 U.S.C. § 2461(c), incorporating 21
5 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of
6 forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to
7 dispose of the property in such manner as the Attorney General may direct shall be posted for at
8 least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.
9 The United States may also, to the extent practicable, provide direct written notice to any person
10 known to have alleged an interest in the property that is the subject of the order of forfeiture as a
11 substitute for published notice as to those persons so notified.
12              b.      This notice shall state that any person, other than the defendants, asserting
13 a legal interest in the above-listed property, must file a petition with the Court within sixty (60)
14 days from the first day of publication of the Notice of Forfeiture posted on the official
15 government forfeiture site, or within thirty (30) days from receipt of direct written notice,
16 whichever is earlier.
17       5.      If a petition is timely filed, upon adjudication of all third-party interests, if any,
18 this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 492, 982(a)(2)(B), and
19 28 U.S.C. § 2461(c), in which all interests will be addressed.

20 IT IS SO ORDERED.

21 Dated:   **July 13, 2016**                           _/s/ Dale A. Drozd_
22                                                            UNITED STATES DISTRICT JUDGE