PHILLIP A. TALBERT
Acting United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL MICHAEL ANDERSON,<br><br>Defendant. | CASE NO. 1:15-CR-00086-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: October 24, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

STIPULATION

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 17, 2016 at 10:00 a.m.

2. By this stipulation, the parties move to continue sentencing until **October 24, 2016** at 10:00 am.

3. The parties request the continuance as Attorney Mark McKeon will be out of the district on Tuesday, October 17, 2016.

//

//

//

//

STIPULATION                              1

IT IS SO STIPULATED.

DATED:   October 5, 2016

        /s/Mark J. McKeon
        MARK J. MCKEON
        Assistant United States Attorney

DATED:   October 5, 2016

        /s/John Meyer
        JOHN MEYER
        Counsel for Defendant
        GABRIEL MICHAEL ANDERSON

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, the sentencing hearing as to defendant Gabriel Michael Anderson is continued from October 17, 2016 to October 24, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 5, 2016**

        _/s/ Dale A. Drozd_
        UNITED STATES DISTRICT JUDGE