PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>GABRIEL MICHAEL ANDERSON,<br><br>          Defendant. | No. 1:15-CR-00086-DAD-BAM<br><br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 14, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Gabriel Michael Anderson in the following property:

    a. Toshiba laptop [SN: Y9071172H], with internal Toshiba 160 GB hard drive [SN: Y734P30ST].

AND WHEREAS, beginning on July 22, 2016, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

/////

1 | AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 492, 982(a)(2)(B), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Gabriel Michael Anderson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 10, 2017**

                                  /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE